# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1730
Lower Tribunal No. 2022-DR-007594

_____

ROBERT ALLEN KRAVCENKO,

Appellant,

v.

JENNIFER KAREN KRAVCENKO,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Keith P. Spoto, Judge.

September 22, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Courtney Caddeo, of Family Law Advocates, P.A., Tampa, for Appellant.

Jean M. Henne, of Jean M. Henne, P.A., Winter Haven, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED